RICARDO CASALS, demandante y apelante, *v.* ANGELINA
ROSARIO, demandada y apelada.

No. 3423.—*Visto:* Febrero 11, 1925. *Resuelto:* Marzo 31, 1925.

1. ABOGADO Y CLIENTE—''RETAINER'' Y AUTORIDAD—EXISTENCIA DE LA RELA-
CIÓN.—La relación de abogado y cliente existe cuando un abogado es susti-
tuido por el abogado regular aunque solamente para los efectos de un me-
morándum de costas.

2. COSTAS—NATURALEZA, FUNDAMENTOS Y EXTENSIÓN DEL DERECHO EN GENERAL
—PERSONA A QUIÉN CORRESPONDEN.—Las costas, incluyendo honorarios de
abogado, corresponden realmente al cliente.

3. COSTAS—IMPOSICIÓN—MEMORÁNDUM DE COSTAS—JURAMENTO DEL MEMORÁN-
DUM.—Un memorándum de costas sin juramento o con un juramento defec-
tuoso no es nulo e inexistente y puede ser enmendado *nun pro tunc* dentro
de la discreción de la corte.

RESOLUCIÓN de *Pablo Berga,* J. Substituto (Segundo Distrito, San
Juan), aprobando memorándum de costas. *Confirmada.*

*M. Gaetán Barbosa,* Abogado del apelante; *M. Tous Soto* y *Enrique
Campillo,* Abogados de la apelada.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

[1] Aunque un miembro de la abogacía no esté encargado
de seguir adelante una acción, puede representar al cliente
presentando y jurando un memorándum de costas. [2] Las
costas, incluyendo honorarios de abogado, corresponden real-
mente al cliente y cualquier abogado puede actuar como
agente para determinar las costas. Cualquier abogado puede
hacer que un compañero intervenga en el caso, como se hizo
aquí, y la relación de abogado y cliente existe aun en cuanto
al abogado substituído.

[3] En este caso la apelada no se basaba en este prin-
cipio, pero el memorándum fué enmendado substituyéndose
el juramento del cliente. Convenimos con la corte en que
tal enmienda podría hacerse *nunc pro tunc.* *Fajardo Sugar
Co.* v. *Torres,* 28 D. P. R. 63. El memorándum, por tanto,
no fué archivado demasiado tarde. No podemos estar con-
formes en que el memorándum fué nunca nulo e inexistente
y sostenemos hasta que estemos convencidos de lo contrario
que un memorándum no jurado puede ser enmendado dentro

de la discreción de la corte para permitir que se haga el juramento.

*Debe confirmarse la sentencia apelada.*